No. D–1146. In re Disbarment of Herzig. Disbarment entered. [For earlier order herein, see 505 U. S. 1237.]

No. D–1149. In re Disbarment of Greenwald. Disbarment entered. [For earlier order herein, see 505 U. S. 1238.]

No. D–1165. In re Disbarment of Watson. Disbarment entered. [For earlier order herein, see 505 U. S. 1242.]

No. D–1176. In re Disbarment of Keith. It is ordered that Randy Wayne Keith, of Chatsworth, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1177. In re Disbarment of Biegen. It is ordered that Arnold I. Biegen, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1178. In re Disbarment of Eisen. It is ordered that Morris Eisen, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1179. In re Disbarment of Fishman. It is ordered that Harold Michael Fishman, of Great Neck, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1180. In re Disbarment of Landau. It is ordered that Jay Howard Landau, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1181. In re Disbarment of Levitas. It is ordered that Stuart Charles Levitas, of Walnut Creek, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.